UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Cristobal Garcia | § | |
| | § | |
| v. | § | C.A. NO. C-05-564 |
| | § | |
| BankAmerica Housing Services, et al. | § | |

## FINAL JUDGMENT

The Court enters final judgment of dismissal with prejudice.

ORDERED this ____29____ day of _____September_____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE